# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Herndon, David R. | 2. Court or Organization<br><br>U.S. District Court Southern District of Illinois | 3. Date of Report<br><br>05/16/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>750 Missouri Avenue<br>East St. Louis, IL | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1, Assets No 22-112 |
| 2. | Trustee | Trust #2, Assets No 113-179 |
| 3. | Trustee | Trust #3, Assets No 180-238 |
| 4. | Trustee | Trust #4, Assets No 239-249 |
| 5. | Trustee | Trust #5 Assets No 250-260 |
| 6. | Trustee | Trust #6, Assets No 261-271 |
| 7. | Director | Federal Judges Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/16/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Illinois Judges Retirement System | $21,387.84 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Seeger Weiss; Independent contracting paralegal earnings |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 17-May 18, 2016 | Washington DC | Board of Directors Meeting | Transportation, Meals, Hotel |
| 2. | Harris Martin Publishing | January 27, 2016 | Coral Gables, FL | Speaker at CLE | Transportation, Meals, Hotel |
| 3. | Duke School of Law | October 27-October 28, 2016 | Washington DC | Speaker at CLE | Transportation, Meals, Hotel |
| 4. | Northwestern University School of Law | November 16-November 17, 2016 | Chicago, IL | Speaker at CLE | Transportation, Meals, Hotel |
| 5. | University of Miami School of Law | December 2, 2016 | Miami, FL | Speaker at CLE | Transportation, Meals, Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/16/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Clover Leaf Bank Checking account | A | Interest | L | T | | | | | |
| 2. Bank of Edwardsville Checking account | A | Interest | J | T | | | | | |
| 3. IRA Account Pershing IRA Account (H) | | | | | | | | | |
| 4. - (IRA) Allergan PLC | | None | | | Sold (part) | 05/06/16 | J | | loss |
| 5. - (IRA) Allergan PLC | | | | | Sold | 10/27/16 | J | | loss |
| 6. - (IRA) Bristol Myers Squibb Co common | A | Dividend | K | T | Buy | 10/27/16 | J | | |
| 7. - (IRA) Perrigo Co PLC shs | A | Dividend | | | Sold | 11/08/16 | J | | loss |
| 8. - (IRA) Nielson Holdings PLC Shs NLSN | A | Dividend | K | T | | | | | |
| 9. - (IRA) PayPal Hldgs Inc Com | | None | K | T | | | | | |
| 10. - (IRA) Alphabet Inc Cap Stk Cl A | | None | K | T | | | | | |
| 11. - (IRA) Alphabet Inc Cap Stk Cl A | | None | J | T | Buy (add'l) | 01/15/16 | J | | |
| 12. - (IRA) American Express Comp | A | Dividend | J | T | Buy | 10/20/16 | J | | |
| 13. - (IRA) American Express Comp | A | Dividend | J | T | Buy (add'l) | 10/21/16 | J | | |
| 14. - (IRA) American Express Comp | A | Dividend | K | T | Buy (add'l) | 11/10/16 | K | | |
| 15. - (IRA) Bank of New York Mellon Corp Com | A | Dividend | | | Sold (part) | 03/23/16 | J | | loss |
| 16. - (IRA) Bank of New York Mellon Corp Com | A | Dividend | | | Sold | 06/27/16 | J | | loss |
| 17. - (IRA) Moody's Corp Com | A | Dividend | | | Sold | 09/30/16 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - (IRA) Pepsico Inc Com | A | Dividend | J | T | Buy | 10/05/16 | K | | |
| 19. - (IRA) West Pharmaceutical Svcs Inc Com | A | Dividend | J | T | Sold (part) | 04/26/16 | J | B | |
| 20. - (IRA) Vanguard Intl Equity Index Fds FTSE Europe ETF | A | Dividend | | | Sold | 07/19/16 | K | | loss |
| 21. - (IRA) Dreyfus Treasury Prime MM | A | Interest | J | T | | | | | |
| 22. 1. TRUST #1 Pershing Brokerage Account (H) | | | | | | | | | |
| 23. - Dreyfus Treasury Prime Inv MM | A | Interest | J | T | | | | | |
| 24. - Deschutes Cnty Ore Sch Dist 5.25% | C | Interest | | | Redeemed | 06/15/16 | L | A | |
| 25. - State Pub Sch Bldg Auth PA Sch Rev 5.25% | C | Interest | | | Redeemed | 03/15/16 | L | A | |
| 26. - Connecticut St Ser C 5% 11/1/21 B/E | C | Interest | M | T | | | | | |
| 27. - Indiana Univ Revs Student Fee Ser S 5% 2/21/08 | C | Interest | M | T | | | | | |
| 28. - Metropolitan Govt Nashville Davidson 5% 5/15/23 $20k | A | Interest | K | T | | | | | |
| 29. - Metropolitan Govt Nashville Davidson 5% 5/15/23 $80k | C | Interest | L | T | | | | | |
| 30. - Metropolitan Govt Nashville Davidson 5% 1/01/25 $50k | B | Interest | L | T | | | | | |
| 31. - Conroe Tex Indpt Sch Dist RFDG 5% 2/15/24 $35k | B | Interest | K | T | Redeemed (part) | 12/23/16 | K | | partially pre-refunded |
| 32. - Conroe Tex Indpt Sch Dist RFDG 5% 2/15/24 $115k | D | Interest | M | T | Open | 12/27/16 | M | | CUSIP changed; No Sale |
| 33. - Humble Tex Indpt Sch Dist Sch Bldg 5% 2/1/06 | C | Interest | | | Redeemed | 02/16/16 | M | A | |
| 34. - Tennessee St Rfdg-Ser A 4% 08/1/25 | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Abilene Tex CTFS Oblig 5% 2/15/26 | B | Interest | L | T | | | | | |
| 36.  - Victoria Tex Indpt Sch Dist Sch Bldg 5% 6/15/07 | D | Interest | M | T | | | | | |
| 37.  - Washington St RFDG Var purp Ser R-2015 E 5% 7/1/26 | B | Interest | M | T | Buy | 03/26/16 | M | | |
| 38.  - Washington St Var Purp dtd 5% 8/1/26 | B | Interest | L | T | | | | | |
| 39.  - Keller Tex Indpt Sch Dist Sch Bldg 5% 8/15/26 | C | Interest | M | T | | | | | |
| 40.  - Gainesville Fla Utils Sys Rev Ser A 5% 10/01/26 | B | Interest | L | T | | | | | |
| 41.  - Arlington Tex Indpt Sch Sch Dist 5% 8/15/27 | D | Interest | M | T | | | | | |
| 42.  - Missouri St Brd Pub Bldgs Spl Oblg 4.5% | B | Interest | | | Redeemed | 10/03/16 | K | | Bond Called loss |
| 43.  - North Carolina St Pub Impt Ser A 5% 4/14/10 | C | Interest | L | T | | | | | |
| 44.  - Germantown Tenn RFDG & Impt-Ser A 5% 06/01/27 | C | Interest | M | T | Buy | 02/25/16 | M | | |
| 45.  - Metropolitan Govt Nashville & Davidson 5% 7/1/27 | C | Interest | M | T | Buy | 03/17/16 | M | | |
| 46.  - Indiana St Fin Auth Rev RFDG-St Revolving Green 5% | A | Interest | M | T | Buy | 06/22/16 | M | | |
| 47.  - Clear Creek Tex Indpt Sch Dist 5% 02/15/28 | C | Interest | L | T | | | | | |
| 48.  - Washington St RFDG-Various purp ser R 2015E 5%07/01/28 dtd 2/4/15 | A | Interest | K | T | Buy | 10/03/16 | K | | |
| 49.  - Denton Tex Indpt Sch Dist RFDG 5% 8/15/282/15/25 | A | Interest | L | T | Buy | 05/11/16 | L | | |
| 50.  - HanesBrands Inc Gtd Sr Nt 6.375% 12/15/20 | B | Interest | | | Redeemed | 06/02/16 | K | | Bond Called at a loss |
| 51.  - HCA Inc Sr Note 8.0% 10/01/18 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Southwestern Energy Co Med Term Notes 7.125% | A | Interest | | | Sold | 06/08/16 | K | | loss |
| 53. - MGM Resorts Intl Sr Nt 6.75% 10/01/20 | B | Interest | K | T | | | | | |
| 54. - Nielsen Fin LLC 4.5% 10/01/20 | B | Interest | K | T | | | | | |
| 55. - Allergan Plc Com Shs | | None | | | Sold (part) | 05/06/16 | J | | loss |
| 56. - Allergan Plc Com Shs | | None | | | Sold | 09/01/16 | J | | loss |
| 57. - AON PLC shs Cl A | A | Dividend | J | T | Buy | 06/28/16 | J | | |
| 58. - AON PLC shs Cl A | A | Dividend | J | T | Buy (add'l) | 07/29/16 | J | | |
| 59. - Accenture PLC Ireland Shs Cl A ACN | A | Dividend | K | T | Sold (part) | 12/02/16 | K | D | |
| 60. - American Tower REIT com | A | Dividend | K | T | Sold (part) | 11/14/16 | K | E | |
| 61. - Perrigo Co PLC Shs | A | Dividend | | | Sold | 11/08/16 | K | | loss |
| 62. - Altria Group Inc Com | A | Dividend | K | T | Buy | 02/05/16 | K | | |
| 63. - Amazon Com INC | | None | K | T | Buy | 11/14/16 | K | | |
| 64. - Apple Inc | A | Dividend | K | T | Sold (part) | 04/27/16 | K | E | |
| 65. - Bank of America Corp | A | Dividend | | | Sold | 08/02/16 | K | | loss |
| 66. - Bank of New York Mellon Corp | A | Dividend | | | Buy | 01/04/16 | J | | buy & sell in same period |
| 67. - Bank of New York Mellon Corp | A | Dividend | | | Sold (part) | 03/23/16 | J | | loss |
| 68. - Bank of New York Mellon Corp | A | Dividend | | | Sold | 06/27/16 | J | | loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Boeing Co Com | B | Dividend | K | T | | | | | |
| 70. - Booz Allen Hamilton Hldg Corp Cl A | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 71. - Booz Allen Hamilton Hldg Corp Cl A | A | Dividend | J | T | Buy (add'l) | 01/13/16 | J | | |
| 72. - Booz Allen Hamilton Hldg Corp Cl A | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | |
| 73. - Booz Allen Hamilton Hldg Corp Cl A | A | Dividend | J | T | Buy (add'l) | 05/10/16 | J | | |
| 74. - CBS Corp CL B Com | A | Dividend | K | T | Sold (part) | 07/29/16 | J | | loss |
| 75. - Colgate Palmolive Co | A | Dividend | K | T | Sold (part) | 01/29/16 | K | E | |
| 76. - Energy Transfer Equity L.P. | B | Distribution | K | T | | | | | |
| 77. - Enterprise Products Partners L.P. | B | Distribution | K | T | | | | | |
| 78. - Equifax Inc | A | Dividend | K | T | Buy | 01/15/16 | K | | |
| 79. - Exxon Mobil Corp | A | Dividend | K | T | Buy | 11/21/16 | J | | |
| 80. - Exxon Mobil Corp | A | Dividend | J | T | Buy (add'l) | 12/01/16 | J | | |
| 81. - General Electric Co Com | A | Dividend | K | T | | | | | |
| 82. - Goldman Sachs Group Inc Com | A | Dividend | K | T | Buy | 11/10/16 | K | | |
| 83. - Honeywell Intl Inc | B | Dividend | L | T | | | | | |
| 84. - AdvanSix Inc Com | | None | | | Spinoff (from line 83) | 10/06/16 | J | | Spinoff from Honeywell |
| 85. - AdvanSix Inc Com | | | | | Sold | 10/07/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Jarden Corp Com | | None | | | Sold (part) | 01/14/16 | K | E | |
| 87. - Jarden Corp Com | | None | | | Sold (part) | 01/15/16 | K | E | |
| 88. - Jarden Corp Com | D | Distribution | | | Merged (with line 98) | 04/18/16 | J | D | Jarden merged to Newell Br |
| 89. - Las Vegas Sands Corp Com | A | Dividend | J | T | | | | | |
| 90. - Lowes Companies Inc | A | Dividend | | | Sold | 02/05/16 | K | E | |
| 91. - Microsoft Corp Com | B | Dividend | K | T | Buy | 05/25/16 | K | | |
| 92. - MPLX LP Com Unit Repstg Ltd Partner | A | Distribution | | | | | | | |
| 93. - MPLX LP Com Unit Repstg Ltd Partner | A | Distribution | | | Buy (add'l) | 02/03/16 | J | | loss |
| 94. - MPLX LP Com Unit Repstg Ltd Partner | | | | | Sold | 02/05/16 | K | | loss |
| 95. - Moodys Corp Com | A | Dividend | | | Sold (part) | 09/30/16 | J | B | |
| 96. - Moodys Corp Com | | | | | Sold | 12/05/16 | J | A | |
| 97. - Newell Rubbermaid Inc Com | A | Dividend | | | Closed | 04/18/16 | L | | name changed after merger |
| 98. - Newell Brands Inc Com | A | Dividend | L | T | Open | 04/18/16 | J | | Jarden merged to Newell B |
| 99. - Newell Brands Inc Com | | | | | Sold (part) | 05/25/16 | K | E | |
| 100. - Paychex Inc Common | A | Dividend | K | T | Buy | 02/12/16 | K | | |
| 101. - Plains All American Pipeline L.P. | B | Distribution | K | T | | | | | |
| 102. - Raytheon Co Common New | A | Dividend | K | T | Buy | 07/29/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Thermo Fisher Scientific Inc Com TMO | A | Dividend | K | T | | | | | |
| 104.  - Verizon Communications Com | B | Dividend | K | T | | | | | |
| 105.  - West Pharmaceutical Svcs Inc Com | A | Dividend | J | T | Sold (part) | 04/26/16 | J | B | |
| 106.  - Williams Partners L.P. New Com Unit Ltd | | None | | | Sold | 01/14/16 | J | | loss |
| 107.  - KKR Finl Hldgs LLC PFD Ser A LLC | A | Distribution | J | T | | | | | |
| 108.  - Starwood Ppty Tr Inc Com | C | Dividend | K | T | | | | | |
| 109.  - Starwood Ppty Tr Inc Com | A | Dividend | J | T | Buy (add'l) | 02/25/16 | J | | |
| 110.  - Alps ETF Tr Alerian MLP Etf | B | Dividend | J | T | | | | | |
| 111.  - Vanguard Intl Equity Index Fds FTSE Europe ETF | A | Dividend | | | Sold | 07/19/16 | K | | loss |
| 112.  - Wisdom Tree Tr Europe Hedged Equity Fd | | None | | | Sold | 02/12/16 | K | | loss |
| 113.  2. TRUST #2 Pershing Brokerage Account (H) | | | | | | | | | |
| 114.  -Drefus Treasury Prime MM | A | Interest | J | T | | | | | |
| 115.  -Allergan Plc Com Shs | | None | | | Sold (part) | 05/06/16 | J | | loss |
| 116.  -Allergan Plc Com Shs | | | | | Sold | 10/24/16 | J | | loss |
| 117.  -AON Plc Shs Cl A | A | Dividend | | | Buy | 06/28/16 | J | | buy & sell in same period |
| 118.  -AON Plc Shs Cl A | A | Dividend | | | Buy (add'l) | 07/29/16 | J | | buy & sell in same period |
| 119.  -AON Plc Shs Cl A | | | | | Sold | 11/29/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Accenture PLC Ireland Sh Cl A | A | Dividend | J | T | Sold (part) | 11/23/16 | J | B | |
| 121. -American Tower REIT com | A | Dividend | | | Sold | 11/29/16 | J | D | |
| 122. -Perrigo Co PLC shs | A | Dividend | | | Sold | 11/08/16 | J | | loss |
| 123. -Alphabet Inc Cap Stk Cl A | | None | J | T | | | | | |
| 124. -Altria Group Inc Com | A | Dividend | | | Buy | 02/05/16 | J | | buy & sell in same period |
| 125. -Altria Group Inc Com | | | | | Sold | 11/29/16 | J | A | buy & sell in same period |
| 126. -Amazon Com Inc | | None | | | Buy | 11/23/16 | J | | buy & sell in same period |
| 127. -Amazon Com Inc | | | | | Sold | 11/29/16 | J | | loss |
| 128. -American Express Company | A | Dividend | J | T | Buy | 10/20/16 | J | | |
| 129. -American Express Company | A | Dividend | J | T | Buy (add'l) | 10/21/16 | J | | |
| 130. -American Express Company | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | |
| 131. -Apple Inc | A | Dividend | J | T | Sold (part) | 04/27/16 | J | C | |
| 132. -Bank of America Corp | A | Dividend | | | Sold | 08/02/16 | J | | loss |
| 133. -Bank of New York Mellon Corp Com | A | Dividend | | | Buy (add'l) | 01/04/16 | J | | |
| 134. -Bank of New York Mellon Corp Com | A | Dividend | | | Sold (part) | 03/23/16 | J | | loss |
| 135. -Bank of New York Mellon Corp Com | | | | | Sold | 06/27/16 | J | | loss |
| 136. -Boeing Co com | A | Dividend | | | Sold | 11/29/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Booz Allen Hamilton Hldg Corp Cl A | A | Dividend | | | Buy | 01/12/16 | J | | buy & sell in same period |
| 138. -Booz Allen Hamilton Hldg Corp Cl A | A | Dividend | | | Buy (add'l) | 01/13/16 | J | | buy & sell in same period |
| 139. -Booz Allen Hamilton Hldg Corp Cl A | A | Dividend | | | Buy (add'l) | 01/27/16 | J | | buy & sell in same period |
| 140. -Booz Allen Hamilton Hldg Corp Cl A | A | Dividend | | | Buy (add'l) | 05/10/16 | J | | buy & sell in same period |
| 141. -Booz Allen Hamilton Hldg Corp Cl A | | | | | Sold | 11/29/16 | J | B | buy & sell in same period |
| 142. -CBS Corp CL: B Com | A | Dividend | | | Sold (part) | 07/29/16 | J | | loss |
| 143. -CBS Corp CL: B Com | | | | | Sold | 11/29/16 | J | | loss |
| 144. -Colgate Palmolive Co Com | A | Dividend | J | T | Sold (part) | 01/29/16 | J | C | |
| 145. -Equifax Inc | A | Dividend | | | Buy | 01/15/16 | J | | buy & sell in same period |
| 146. -Equifax Inc | A | Dividend | | | Sold | 11/29/16 | J | A | buy & sell in same period |
| 147. -Exxon Mobil Corp Com | A | Dividend | J | T | Buy | 11/23/16 | J | | |
| 148. -Goldman Sachs Group Inc Com | | None | | | Buy | 11/10/16 | J | | buy & sell in same period |
| 149. -Goldman Sachs Group Inc Com | | | | | Sold | 11/29/16 | J | A | buy &sell in same period |
| 150. -Honeywell Intl Inc | A | Dividend | J | T | | | | | |
| 151. -Honeywell Intl Inc | A | Dividend | | | Sold (part) | 11/23/16 | J | B | |
| 152. -Honeywell Intl Inc | A | Dividend | | | Sold (part) | 11/29/16 | J | C | |
| 153. -AdvanSix Inc Com | | None | | | Spinoff (from line 150) | 10/06/16 | J | | spinoff from Honeywell |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -AdvanSix Inc Com | | | | | Sold | 10/07/16 | J | A | |
| 155. -Jarden Corp Com | | None | | | Sold (part) | 01/15/16 | J | D | |
| 156. -Jarden Corp Com | B | Distribution | | | Merged (with line 163) | 04/18/16 | J | A | Jarden merged to Newell Br |
| 157. -Kimberly Clark Corp Com | | None | | | Buy | 09/09/16 | J | | buy & sell in same period |
| 158. -Kimberly Clark Corp Com | | | | | Sold | 11/29/16 | J | | loss |
| 159. -Las Vegas Sands Corp Com | A | Dividend | | | Sold | 11/29/16 | J | A | |
| 160. -Lowes Companies Inc | A | Dividend | | | Sold | 02/05/16 | J | C | |
| 161. -Moodys Corp com | A | Dividend | | | Sold | 09/30/16 | J | A | |
| 162. -Newell Rubbermaid Inc Com | A | Dividend | | | Closed | 04/18/16 | J | | name changed after merger |
| 163. -Newell Brands Inc Com | A | Dividend | J | T | Open | 04/18/16 | J | | Jarden merged to Newell Br |
| 164. -Newell Brands Inc Com | | | | | Sold (part) | 11/23/16 | J | B | |
| 165. -Newell Brands Inc Com | | | | | Sold (part) | 11/29/16 | J | D | |
| 166. -Nielson Holdings PLC Shs | A | Dividend | | | Sold | 11/29/16 | J | | loss |
| 167. -PayPal Hldgs Inc Com | | None | J | T | | | | | |
| 168. -Pepsico Inc Com | | None | | | Buy | 10/05/16 | J | | buy & sell in same period |
| 169. -Pepsico Inc Com | | | | | Sold | 11/29/16 | J | | loss |
| 170. -Philip Morris Intl Inc Com | A | Dividend | | | Buy | 09/09/16 | J | | buy & sell in same period |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Philip Morris Intl Inc Com | | | | | Sold | 11/29/16 | J | | loss |
| 172. -Raytheon Co Com New | A | Dividend | | | Buy | 07/29/16 | J | | buy & sell in same period |
| 173. -Raytheon Co Com New | | | | | Sold | 11/29/16 | J | A | buy & sell in same period |
| 174. -Thermo Fisher Scientific Inc Com | A | Dividend | | | Sold | 11/29/16 | J | B | |
| 175. -Verizon Communications Com | B | Dividend | L | T | | | | | |
| 176. -West Pharmaceutical Svcs Inc Com | A | Dividend | | | Sold (part) | 04/26/16 | J | A | |
| 177. -West Pharmaceutical Svcs Inc Com | | | | | Sold | 11/29/16 | J | A | |
| 178. -Starwood Ppty Tr Inc com | A | Dividend | J | T | | | | | |
| 179. -JPMorgan Chase & Co Alerian MLP Index | A | Dividend | | | Sold | 11/29/16 | J | A | |
| 180. 3. TRUST #3 Pershing Brokerage Account (H) | | | | | | | | | |
| 181. -Dreyfus Treasury Prime Money Market | A | Interest | L | T | | | | | |
| 182. -Accenture PLC Ireland Shs Cl A | A | Dividend | K | T | | | | | |
| 183. -Allergan PLC Com Shs | | None | | | Sold (part) | 05/06/16 | J | | loss |
| 184. -Allergan PLC Com Shs | | | | | Sold | 10/27/16 | J | | loss |
| 185. -American Tower REIT | A | Dividend | K | T | | | | | |
| 186. -AON PLC Com Shs | A | Dividend | J | T | Buy | 06/28/16 | J | | |
| 187. -AON PLC Com Shs | A | Dividend | | | Buy (add'l) | 07/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Alphabet Inc Cap Stk Cl A | | None | J | T | | | | | |
| 189.  -Altria Group Inc Com | A | Dividend | J | T | Buy | 02/05/16 | J | | |
| 190.  -Amazon Com Inc | | None | J | T | Buy | 11/14/16 | J | | |
| 191.  -American Express Company | A | Dividend | J | T | Buy | 10/20/16 | J | | |
| 192.  -American Express Company | A | Dividend | J | T | Buy (add'l) | 10/21/16 | J | | |
| 193.  -American Express Company | A | Dividend | J | T | Buy (add'l) | 11/10/16 | J | | |
| 194.  -Apple Inc | A | Dividend | J | T | Sold (part) | 04/27/16 | J | D | |
| 195.  -Perrigo Co PLC shs | A | Dividend | | | Sold | 11/08/16 | J | | loss |
| 196.  -Bank of America Corp | A | Dividend | | | Sold | 08/02/16 | J | | loss |
| 197.  -Bank of New York Mellon Corp Com | A | Dividend | | | Buy (add'l) | 01/04/16 | J | | |
| 198.  -Bank of New York Mellon Corp Com | A | Dividend | | | Sold (part) | 03/23/16 | J | | loss |
| 199.  -Bank of New York Mellon Corp Com | | | | | Sold | 06/27/16 | J | | loss |
| 200.  -Boeing Co com | A | Dividend | J | T | | | | | |
| 201.  -Booz Allen Hamilton Hldg Corp Cl A | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 202.  -Booz Allen Hamilton Hldg Corp Cl A | A | Dividend | J | T | Buy (add'l) | 01/13/16 | J | | |
| 203.  -Booz Allen Hamilton Hldg Corp Cl A | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | |
| 204.  -Booz Allen Hamilton Hldg Corp Cl A | A | Dividend | J | T | Buy (add'l) | 05/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Bristol Myers Squibb Co Com | A | Dividend | J | T | Buy | 10/27/16 | J | | |
| 206. -CBS Corp CL B Com | A | Dividend | J | T | Sold (part) | 07/29/16 | J | | loss |
| 207. -Colgate Palmolive Co | A | Dividend | J | T | Sold (part) | 01/29/16 | J | C | |
| 208. -ConocoPhillips com | | None | | | Sold | 02/04/16 | J | | loss |
| 209. -Equifax Inc | A | Dividend | J | T | Buy | 01/15/16 | J | | |
| 210. -Exxon Mobil Corp Com | A | Dividend | J | T | Buy | 11/21/16 | J | | |
| 211. -Exxon Mobil Corp Com | A | Dividend | J | T | Buy (add'l) | 12/01/16 | J | | |
| 212. -Goldman Sachs Group Inc Com | A | Dividend | J | T | Buy | 11/10/16 | J | | |
| 213. -Honeywell Intl Inc | A | Dividend | J | T | | | | | |
| 214. -AdvanSix Inc Com | | None | | | Spinoff (from line 213) | 10/06/16 | J | | Spinoff from Honeywell |
| 215. -AdvanSix Inc Com | | | | | Sold | 10/07/16 | J | A | |
| 216. -Jarden Corp Com | | None | | | Sold (part) | 01/15/16 | K | E | |
| 217. -Jarden Corp Com | B | Distribution | | | Merged (with line 224) | 04/18/16 | J | B | Jarden merged to Newell Br |
| 218. -Kimberly Clark Corp Com | A | Dividend | J | T | Buy | 09/09/16 | J | | |
| 219. -Las Vegas Sands Corp Com | A | Dividend | J | T | | | | | |
| 220. -Lowes Companies Inc | A | Dividend | | | Sold | 02/05/16 | J | D | |
| 221. -Moodys Corp Inc com | A | Dividend | | | Sold | 09/30/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Nielson Holdings PLC Shs | A | Dividend | J | T | | | | | |
| 223. -Newell Rubbermaid Inc Com | A | Dividend | | | Closed | 04/18/16 | K | | name changed after merger |
| 224. -Newell Brands Inc Com | A | Dividend | K | T | Open | 04/18/16 | J | | Jarden merged to Newell Br |
| 225. -PayPal Hldgs Inc Com | | None | J | T | | | | | |
| 226. -Pepsico Inc Com | A | Dividend | J | T | Buy | 10/05/16 | J | | |
| 227. -Philip Morris Intl Inc Com | A | Dividend | J | T | Buy | 09/09/16 | J | | |
| 228. -Raytheon Co Com New | A | Dividend | J | T | Buy | 07/29/16 | J | | |
| 229. -Thermo Fisher Scientific Inc com | A | Dividend | J | T | | | | | |
| 230. -Verizon Communications Com | A | Dividend | J | T | | | | | |
| 231. -West Pharmaceutical Svcs Inc Com | A | Dividend | J | T | Sold (part) | 04/26/16 | J | A | |
| 232. -Starwood Ppty Tr Inc Com | A | Dividend | J | T | | | | | |
| 233. -IShares Tr Core S&P Mid-Cap ETF | A | Dividend | K | T | Buy | 04/04/16 | K | | |
| 234. -IShares Tr S&P Midcap 400 Value Index Fd | B | Dividend | L | T | | | | | |
| 235. -JPMorgan Chase & Co Alerian MLP Index | C | Distribution | K | T | | | | | |
| 236. -Pimco ETF Tr Enhanced Short Mat | A | Dividend | K | T | Buy | 04/04/16 | K | | |
| 237. -Vanguard Intl Equity Index Fds FTSE Europe ETF | A | Dividend | | | Sold | 07/19/16 | J | | loss |
| 238. -WisdomTreeTr Emerging Mkts Small Cap AVG | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. 4. TRUST #4 Pershing Brokerage Account (H) | | | | | | | | | |
| 240. -Dreyfus Treasury Prime Inv Sh MM | A | Interest | K | T | | | | | |
| 241. -IShares Inc MSCI Japan ETF | A | Dividend | | | Sold | 06/14/16 | J | | loss |
| 242. -IShares Tr S&P Midcap 400 Value Index | A | Dividend | L | T | | | | | |
| 243. -JPMorgan Chase & Co Alerian MLP Index | B | Dividend | K | T | | | | | |
| 244. -Powershares QQQ Tr Unit Ser 1 | A | Dividend | K | T | Buy | 09/07/16 | K | | |
| 245. -SPDR S&P Midcap 400 ETF Tr Unit Ser 1 | A | Dividend | K | T | Sold (part) | 09/07/16 | K | D | |
| 246. -Vanguard Whitehall Fds High Div | A | Dividend | K | T | Buy | 09/22/16 | K | | |
| 247. -Vanguard Index Fds S&P 500 ETF VOO | B | Dividend | L | T | | | | | |
| 248. -Vanguard INTL Equity Index Fds FTSE Europe ETF VGK | A | Dividend | | | Sold | 07/12/16 | K | | loss |
| 249. -WisdomTree Emerging Mkts Small Cap Avg | A | Dividend | K | T | | | | | |
| 250. 5. TRUST #5 Pershing Brokerage Account (H) | | | | | | | | | |
| 251. -Dreyfus Treasury Prime Inv MM | A | Interest | K | T | | | | | |
| 252. -IShares Inc MSCI Japan ETF | A | Dividend | | | Sold | 06/14/16 | J | | loss |
| 253. -IShares Tr S&P Midcap 400 Value | A | Dividend | K | T | | | | | |
| 254. -JPMorgan Chase & Co Alerian MLP Index | B | Dividend | K | T | | | | | |
| 255. -Powershares QQQ Tr Unit Ser 1 | A | Dividend | K | T | Buy | 09/07/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -SPDR S&P Midcap 400 ETF Tr Unit Ser 1 | A | Dividend | K | T | Sold (part) | 09/07/16 | K | D | |
| 257. - Vanguard Whithall Fds High Div | A | Dividend | J | T | Buy | 09/22/16 | J | | |
| 258. -Vanguard Intl Equity Index Fds FTSE Europe ETF VGK | A | Dividend | | | Sold | 07/12/16 | J | | loss |
| 259. -Vanguard Index Fds S&P 500 ETF | A | Dividend | K | T | | | | | |
| 260. -WisdomTree Tr Emerging Mkts Small Cap Avg DGS | A | Dividend | J | T | | | | | |
| 261. 6. Trust #6 Pershing Brokerage Account (H) | | | | | | | | | |
| 262. -Dreyfus Treasury Prime Inv MM | A | Interest | J | T | | | | | |
| 263. -IShares Tr S&P MidCap 400 Value | A | Dividend | K | T | | | | | |
| 264. -IShares Inc MSCI Japan ETF | A | Dividend | | | Sold | 06/14/16 | J | | loss |
| 265. -JPMorgan Chase & Co Alerian MLP Index | A | Dividend | J | T | | | | | |
| 266. -PowerShares QQQ Tr Unit Ser 1 | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 267. -SPDR S&P MidCap 400 ETF Tr Unit Ser 1 | A | Dividend | J | T | Sold (part) | 09/07/16 | J | C | |
| 268. -Vanguard Whitehall Fds High Div | A | Dividend | J | T | Buy | 09/22/16 | J | | |
| 269. -Vanguard Intl Equity Index Fds FTSE Europe ETF | A | Dividend | | | Sold | 07/12/16 | J | | loss |
| 270. -Vanguard Index Fds S&P 500 ETF | A | Dividend | K | T | | | | | |
| 271. -WisdomTree Emerging Mkts Small Cap Avg DGS | B | Dividend | L | T | | | | | |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Dreyfus Treasury Prime Inv Money Market Account

IRA  Dreyfus MM reported on line 21
Trust #1 on line 23
Trust #2 on line 114
Trust #3 on line 181
Trust #4 on line 241
Trust #5 on line 251
Trust #6 on line 262

Lines 21, 23, 114, 181, 241, 251, 262  Dreyfus Treasury Prime Inv Money Market Account was used as a vehicle to hold cash equivalent assets for purchase of other investments and to place sale proceeds pending other investments.  Consequently, money moved in and out of these accounts with great frequency and no attempt was made to distinguish each transaction unless specifically requested.

Lines 31 & 32 Conroe Tex School Dist Bond:  This bond was originally purchased in January 2013 and was partially pre-refunded  on 12/23/16 which resulted in a change in CUSIP.  No Sale took place.
Original CUSIP 208418NT6          $150,000

New Pre-refunded CUSIP 208418C50  $ 35,000
New Un-refunded CUSIP 208418D26 $115,000

Lines 83-85; line 153; line 214  There was one spinoff dividend during 2016.  One share of AdvanSix for every 25 shares of Honeywell.  Honeywell spun-off AdvanSix on October 6, 2016 and Advansix stock was sold on October 7, 2016.

Lines 88 and 98; Lines 156 and 163; lines 217 and 224:  Jarden Corp merged with Newell Rubbermaid Inc on 4/18/2016 and the combined company was renamed Newell Brands Inc.  Stock in both Jarden and Newell Rubbermaid were owned prior to merger.  After the merger only Newell Brands Inc exists.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David R. Herndon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544